W. GORDON KAUPP, SBN 226141
KAUPP & FEINBERG, LLP
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone:    (415) 896-4588
Facsimile:    (415) 294-9127
E-Mail:    gordon@kauppfeinberg.com

COLLEEN FLYNN, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone:    (213) 252-9444
Facsimile:    (213) 252-0091
E-Mail:    cflynnlaw@yahoo.com

Attorneys for Plaintiff
KEVIN POULSEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| KEVIN POULSEN, | CASE NO. 17-cv-03531-WHO |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| DEPARTMENT OF DEFENSE; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; and DEPARTMENT OF JUSTICE; | |
| Defendants. | |

**[PROPOSED] ORDER**

Pursuant to Plaintiff Kevin Poulsen's Request for Judicial Notice, this Court finds that the requirements for judicial notice contained within Federal Rule of Evidence 201 have been met and therefore, the Court takes judicial notice of the memorandum by the House Permanent Select Committee on Intelligence Majority Staff dated January 18, 2018 ("the Nunes Memo"), the letter by White House Counsel to the President, Donald F. McGahn II, dated February 2, 2018 ("the McGahn Letter"), and President Trump's January 19, 2018 and February 3, 2018 tweets.

IT IS SO ORDERED.

Dated: _____

_____  
HON. U.S. DISTRICT JUDGE  
WILLIAM H. ORRICK