W. GORDON KAUPP, SBN 226141
BETH FEINBERG, SBN 240857
KAUPP & FEINBERG, LLP
One Sansome Street, 35th Floor
San Francisco, California 94104
Telephone:    (415) 896-4588
Facsimile:    (415) 294-9127
E-Mail:    gordon@kauppfeinberg.com
           beth@kauppfeinberg.com

COLLEEN FLYNN, SBN 234281
LAW OFFICE OF COLLEEN FLYNN
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
Telephone:    (213) 252-9444
Facsimile:    (213) 252-0091
E-Mail:    cflynnlaw@yahoo.com

Attorneys for Plaintiff
KEVIN POULSEN

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN POULSEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEPARTMENT OF DEFENSE; OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE; and DEPARTMENT OF JUSTICE;<br><br>　　　　　Defendants. | CASE NO. 17-cv-03531-WHO<br><br>**DECLARATION W. GORDON KAUPP IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS DOD AND ODNI** |

1

**DECLARATION OF W. GORDON KAUPP**
*POULSEN v. DOD et al.*

I, WILLIAM GORDON KAUPP, declare:

1.      I am an attorney admitted to practice in the State of California and before this Court. I make this declaration in support of Plaintiff Kevin Poulsen's Motion for Partial Summary Judgment Against Defendants DOD and ODNI based on facts of which I have personal knowledge and if I were called to testify as a witness to these facts I could and would do so competently.

2.      A true and correct copy of President Trump's March 4, 2017 are attached hereto as **Exhibit A** and may be accessed by the following URL links:

https://twitter.com/realDonaldTrump/status/837989835818287106,

https://twitter.com/realDonaldTrump/status/837993273679560704,

https://twitter.com/realDonaldTrump/status/837994257566863360, and

https://twitter.com/realDonaldTrump/status/837996746236182529.

3.      A true and correct copy of excerpts of the March 20, 2017 testimony of James B. Comey before the United States House Intelligence Committee are attached hereto as **Exhibit B** and may be accessed  by the following URL link https://www.washingtonpost.com/news/post-politics/wp/2017/03/20/full-transcript-fbi-director-james-comey-testifies-on-russian-interference-in-2016-election/?utm_term=.e02ecd107eea.

4.      A true and correct copy of President Trump's November 29, 2017 tweet is attached hereto as **Exhibit C** and may be accessed by the following URL link https://twitter.com/realdonaldtrump/status/936037938898636800?lang=en (emphasis added).

5.      A true and correct copy of President Trump's January 19, 2018 tweet is attached hereto as **Exhibit D** and may be accessed by the following URL link https://twitter.com/realDonaldTrump/status/954456754137501697

6.      A true and correct copy of the "Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters," Department of Justice Order No. 3915-2017, is attached hereto as **Exhibit E** and may be accessed by the follow URL link https://www.justice.gov/opa/press-release/file/967231/.

7.      A true and correct copy of the Letter from Counsel to the President Donald F. McGahn II

2

**DECLARATION OF W. GORDON KAUPP**
*POULSEN v. DOD et al.*

to U.S. Representative Devin Nunes, Chairman of the House Permanent Select Committee on Intelligence dated February 2, 2018 is attached hereto as **Exhibit F.**

8.    A true and correct copy of the memorandum from the House Permanent Select Committee on Intelligence ("HPSCI") Majority Members to the HPSCI Majority Staff dated January 18, 2018 ("the Nunes memo") is attached hereto as **Exhibit G.**

9.    A true and correct copy of Plaintiff's FOIA request to the National Security Agency ("NSA") dated March 4, 2017 is attached hereto as **Exhibit H.**

10.    A true and correct copy of Plaintiff's FOIA request to the Office of the Director of National Intelligence ("ODNI") dated March 4, 2017 is attached hereto as **Exhibit I.**

11.    A true and correct copy of the NSA's Glomar response dated March 24, 2017 is attached hereto as **Exhibit J.**

12.    A true and correct copy of the ODNI's letter to Plaintiff dated March 15, 2017 is attached hereto as **Exhibit K.** Plaintiff has not received any other response from ODNI.

13.    A true and correct copy of "Defendants' Supplemental Submission and Further Response to Plaintiffs' Post-Briefing Notices," *James Madison Project v. DOJ,* Case No. 17-cv-0144-APM, Dkt. No. 29, p.4 (D.D.C.) is attached hereto as **Exhibit L** and may be accessed from PACER**.**

14.    A true and correct copy of the "Statement by the President on Actions in Response to Russian Malicious Cyber Activity and Harassment," by President Barack Obama dated December 29, 2016 is attached hereto as **Exhibit M** and may be accessed from the White House Press Office at the following URL link https://obamawhitehouse.archives.gov/the-press-office/2016/12/29/statement-president-actions-response-russian-malicious-cyber-activity**.**

15.    A true and correct statement by the U.S. Department of State dated August 3, 2017 is attached hereto as **Exhibit N** and may be accessed by the following URL link https://www.state.gov/r/pa/prs/ps/2017/08/273738.htm. See also, "Trump ramps up Russia Tension with Consulate Shutdown," The Hill, which may be accessed by the URL link http://thehill.com/policy/defense/348914-trump-ramps-up-russia-tension-with-consulate-shutdown.

16.    A true and correct copy of a statement by the U.S. Department of the Treasury entitled "Treasury Designates Russian Oligarchs, Officials, and Entities in Response to Worldwide Malign

Activity" is attached hereto as **Exhibit O** and may be accessed by the following URL link https://home.treasury.gov/news/featured-stories/treasury-designates-russian-oligarchs-officials-and-entities-in-response-to.

17.     A true and correct copy of the "Joint Statement for the Record," Senate Select Committee by Daniel R. Coats (Director of National Intelligence), Michael Rogers (Director, National Security Agency), Rod J. Rosenstein (Deputy Attorney General Department of Justice), and Andrew McCabe (Acting Director Federal Bureau of Investigation) dated June 7, 2017 is attached hereto as **Exhibit P** and may be accessed by the following URL link https://www.intelligence.senate.gov/sites/default/files/documents/os-dcoats-060717.pdf**.**

18.     A true and correct copy of "Exhibit A" to the "Stipulation and Order Setting Forth Case Management Plan and Related Agreements dated January 11, 2017 in *ACLU v. NSA et al.,* Case No. 16-cv-008936-RMB (S.D.N.Y.) (Dkt. No. 31) is attached hereto as **Exhibit Q** and may be accessed through PACER.

19.     A true and correct copy of the "Stipulation and Order Setting Forth Additional Provisions Regarding the Scope of Required Searches and Deadlines for Completion of Certain Searches and for Processing of Responsive Records" dated February 8, 2017 in *ACLU v. NSA et al.,* Case No. 16-cv-008936-RMB (S.D.N.Y.), ¶5 (Dkt. No. 35) is attached hereto as **Exhibit R** and may be accessed through PACER.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  May 11, 2018                              */s/ Gordon Kaupp*_____
                                                                 By: W. Gordon Kaupp
                                                                 Attorney for Plaintiff
                                                                 KEVIN POULSEN

4

**DECLARATION OF W. GORDON KAUPP**
*POULSEN v. DOD et al.*