# EXHIBIT A

DF-2017-00197

MAR - 6 2017

Kevin Poulsen
P.O. Box 31902
San Francisco CA 94131

kevin.poulsen@gmail.com

BY EMAIL
Email: dni-foia@dni.gov

March 4, 2017

Office of the Director of National Intelligence
Attn: FOI/PA Request
Jennifer L. Hudson Director, Information Management Division
Office of the Director of National Intelligence
Washington, D.C. 20511

Dear Director Jennifer L. Hudson:

This letter is a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted on behalf of Kevin Poulsen to the Office of the Director of National Intelligence ("ODNI").

I am seeking records concerning the United States' alleged electronic surveillance of Donald J. Trump during 2016 election campaign.

## Background

On March 4, 2017, President Donald J. Trump announced, in a post to the online service Twitter, that the prior administration had conducted electronic surveillance against his presidential campaign. "Terrible! Just found out that Obama had my 'wires tapped' in Trump Tower just before the victory. Nothing found. This is McCarthyism!" [1]

In subsequent posts the same day, the President revealed that the surveillance occurred after the Barack Obama administration was "[t]urned down by [a] court earlier"[2], and may have been unlawful. "Is it legal for a sitting President to be "wire tapping" a race for president prior to an election?"[3] The President went on to liken the surveillance to the Watergate scandal, in which it emerged that President Richard M. Nixon had authorized electronic surveillance against political opponents. [4]

---

[1] https://twitter.com/realDonaldTrump/status/837989835818287106
[2] https://twitter.com/realDonaldTrump/status/837993273679560704
[3] *ibid.*
[4] https://twitter.com/realDonaldTrump/status/837996746236182529

Despite the obvious gravity of the White House's revelations, and the historic implications for the American democratic process, critical information about the surveillance has not been released to the public.

Accordingly, I request the following categories of records.

**Records Requested**

1. Documents held by ODNI concerning or derived, in whole or in part, from electronic surveillance, by a U.S. government agency or contractor, of the oral, electronic or digital communications of Donald J. Trump or any of his advisors on or between June 16, 2015 and November 8, 2016

2. Legal analyses, memorandum, court orders, meeting notes, affidavits, e-mail, reports, calendar entries, documents, presentation slides, petitions, applications, motions and appeal briefs concerning or derived, in whole or in part, from such surveillance

3. Recordings of such intercepted communications, including audio or video recordings and data files

4. Metadata captured from such intercepted communications, including but not limited to email headers and timestamps

5. Transcripts of such intercepted communications

**Request for Expedited Processing**

I am entitled to expedited processing under the FOIA. Specifically, expedited processing is justified under 32 C.F.R. § 1700.12(c)(2) because this request involves an "urgency to inform the public concerning an actual or alleged Federal Government activity … made by a person primarily engaged in disseminating information."

First, there is an "urgency to inform the public concerning an actual or alleged Federal Government activity." The alleged Federal Government activity at issue is the surveillance of a candidate for high office under a presidential administration in a rival political party. The American people have a clear, overwhelming interest in weighing the details of this alleged activity, which casts a shadow on the "very sacred election process[5]" – as the President himself termed it -- in which every citizen holds a stake.

Second, I am a professional journalist with the Daily Beast, and thus am a "person primarily engaged in disseminating information."

In submitting this request for expedited processing, I certify that this explanation is true and correct to the best of my knowledge and belief.

**Request for "News Media" Fee Status and Fee Waiver**

I am a "representative of the news media" for fee classification purposes, and am entitled to receive the requested records with only duplication fees assessed.

---

[5] https://twitter.com/realDonaldTrump/status/837996746236182529

In addition, because my request satisfies each of the two alternative standards in 32 C.F.R. §1700.6(b) for granting a fee waiver, any duplication fees should also be waived.

My request satisfies §1700.6(b)(1) because "the interest of the United States Government would be served" by the release of records. The U.S. government has an interest in a full and accurate public understanding of the alleged activity. The fullest understanding is vital to securing U.S. confidence in government institutions like the intelligence community, federal law enforcement agencies and the White House.

In the alternative, my request also satisfies 1700.6(b)(2) because it is "in the public interest to provide responsive records because the disclosure is likely to contribute significantly to the public understanding of the operations or activities of the United States Government and is not primarily in the commercial interest of the requester."

First, disclosure of the records "is in the public interest... because the disclosure is likely to contribute significantly to the public understanding of the operations or activities of the United States Government." As alleged by the President, the surveillance was a US government activity, and a full release of the records would contribute significantly to the public's understanding of the surveillance's breadth, scope and justification.

Second, the request "is not primarily in the commercial interest of the requester." As a journalist, I have no commercial interest in disclosure of the requested records.

For these reasons, a fee waiver should be granted.

## Conclusion

Thank you for your consideration of this request. As provided in 32 C.F.R. § 1700.12(b), I will anticipate your determination on my request within ten calendar days.

For questions regarding this request I can be contacted at 415-652-2725 or Kevin.Poulsen@gmail.com.

Respectfully Submitted,

/s/ *Kevin Poulsen*

Kevin Poulsen
Contributing Editor
The Daily Beast

| | |
|---|---|
| **From:** | Kevin Poulsen <kevin.poulsen@gmail.com> |
| **Sent:** | Saturday, March 04, 2017 8:42 PM |
| **To:** | DNI-FOIA |
| **Subject:** | FOIA Request |
| **Attachments:** | ODNI FOIA Donald Trump.pdf |

Hi ODNI. Please find my FOIA request attached.

Thanks,

K

--

Kevin Poulsen
contributing editor - the daily beast
twitter: @kpoulsen
cell: +1 415 652-2725

# EXHIBIT B

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

MAR 1 5 2017

Kevin Poulsen
P.O. Box 31902
San Francisco CA 94131

Reference:  ODNI Case DF-2017-00197

Dear Mr. Poulsen:

This acknowledges receipt of your email dated 4 March 2017 (Enclosure), received in the Information Management Division of the Office of the Director of National Intelligence (ODNI) on 6 March 2017.  Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, as amended, you requested records concerning the United States' alleged electronic surveillance of Donald J. Trump during 2016 election campaign.

We will contact you as soon as possible if additional information or clarification is needed to process your request.  **All fees associated with the processing of this request have been waived.**

With respect to your request for expedited processing, please be advised that ODNI handles all requests in the order we received them on a "first-in, first-out" basis.  We make exceptions to this rule only when a requester establishes a compelling need under the standards in our regulations.  A "compelling need" exists: 1) when the matter involves an imminent threat to the life or physical safety of an individual, or 2) when a person primarily engaged in Disseminating information makes the request and the information relevant to a subject of Public urgency concerning an actual or alleged Federal government activity.  Your request does not demonstrate a "compelling need" under these criteria and, therefore, we deny your request for expedited processing.

If we have not responded to you by the 20th working day, you have the right to consider our inability to meet the 20 day requirement for a response as a denial, and may appeal to the ODNI, Information Management Division, Washington, DC 20511 within 90 days of that date.  **It would seem more reasonable, however, to allow us sufficient time to continue processing your request and respond as soon as we can.**  You will have the right to appeal any denial of records/information at that time.

If you have any questions, please feel free to email our Requester Service Center at DNI-FOIA@dni.gov or call us at (301) 243-1499.  You can also contact ODNI's FOIA Liaison at DNI-FOIA-Liaison@dni.gov.

Sincerely,

Sally A. Nicholson
Chief, FOIA Branch
Information Management Division

Enclosure

# EXHIBIT C

Kevin Poulsen
P.O. Box 31902
San Francisco CA 94131

kevin.poulsen@gmail.com

March 27, 2017

Chief FOIA Officer
c/o Director, Information Management Office
Office of the Director of National Intelligence
Washington, DC 20511

Re: **FOIA APPEAL**, case DF-2017-00197

To Whom It May Concern:

This letter is an appeal under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and is submitted by Kevin Poulsen to the Office of the Director of National Intelligence ("ODNI").

On March 4, I filed a FOIA request with the ODNI seeking records concerning the United States' electronic surveillance of Donald J. Trump during the 2016 election campaign. (DF-2017-00197) In a letter dated March 15, ODNI denied expedited processing on the grounds that the request "does not demonstrate a 'compelling need'".

Without the intent of limiting any future action, I appeal on the grounds that my request more than meets the standard for expedited processing established by the Freedom of Information Act and implementing regulations, because the information requested is urgently needed by an organization primarily engaged in disseminating information in order to inform the public about actual or alleged government activity.

The White House's March 4 statements, detailed in my request, establish the urgency. The President called the surveillance "McCarthyism!"[1], revealed that it might have been conducted illegally[2], and likened the surveillance to the historic Watergate scandal, which led to the first and only resignation of a sitting US president.[3] That the American people have a clear, overwhelming interest in weighing the details of this activity should go without saying.

Since the President's initial announcement, countless news stories about the surveillance have appeared in the national press. The White House has made near-daily statements about the surveillance, and on March 20 the House Intelligence Committee held the first of what's expected to be a series of public hearing in part to investigate the

---

[1] https://twitter.com/realDonaldTrump/status/837989835818287106
[2] *ibid.*
[3] https://twitter.com/realDonaldTrump/status/837996746236182529

campaign surveillance issue. On March 22nd, recognizing the urgency to inform the public, Representative Devin Nunes, the Committee Chair, issued public statements about the surveillance based on classified documents provided to him by the intelligence community. "I have seen intelligence reports that clearly show that the president-elect and his team were, I guess, at least monitored."[4]

In sum, the President of the United States has announced that his predecessor in office authorized politically-motivated surveillance against his campaign, casting doubt on the integrity of the "very sacred election process[5]" -- as the President himself termed it -- in which every citizen holds a stake. The ODNI is in a small and exclusive club in believing that this matter merits only routine handling.

The second prong for expedited processing is also satisfied in my request. As a professional journalist with the Daily Beast, I am a "person primarily engaged in disseminating information."

Thank you for your consideration of this appeal. For questions regarding this appeap, I can be contacted at 415-652-2725 or Kevin.Poulsen@gmail.com.

Respectfully Submitted,

Kevin Poulsen
Contributing Editor
The Daily Beast

---

[4] http://www.politico.com/story/2017/03/devin-nunes-donald-trump-surveillance-obama-236366
[5] https://twitter.com/realDonaldTrump/status/837996746236182529

**EXHIBIT D**

OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC 20511

Kevin Poulsen
P.O. Box 31902
San Francisco, CA 94131

APR 1 3 2017

Reference:  ODNI Case DF-2017-00197

Dear Mr. Poulsen:

This acknowledges receipt of your Freedom of Information Act (FOIA) appeal request dated 27 March 2017 (Enclosure), received in the Information Management Division of the Office of the Director of National Intelligence on 13 April 2017. Your letter specifically appeals our denial of your request for expedited processing.

We appreciate the additional information/explanation you provided, and after giving careful consideration to your request, we are reversing our decision to deny expedite. Your request for expedite is approved. Please note that your case status has been changed from placement on the Backlog processing queue to our Expedite queue. We will respond as soon as we have completed all actions on your request.

If you have any further questions, please email our Requester Service Center at DNI-FOIA@dni.gov or call us at (301) 243-1499.

Sincerely,

Sally A. Nicholson
Chief, FOIA Branch
Information Management Division

Enclosure